MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KEVIN J. LIN (NYBN 5048053)
Special Assistant United States Attorney

 1301 Clay Street, Suite 340S
 Oakland, CA 94612
 Telephone: (510) 637-3680
 Fax: (510) 637-3724
 E-Mail: kevin.lin@usdoj.gov

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>DERREK HARPER,<br><br>   Defendant. | No. CR 13-00362 PJH<br><br>DETENTION ORDER<br>**[as modified]** |

## I. DETENTION ORDER

   Defendant Derrek Harper ("the defendant") is charged in a one-count indictment with being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g).  On June 3, 2013, the United States moved for a detention hearing pursuant to 18 U.S.C. § 3142(f)(1)(E) (because the crime involved the possession of a firearm).  Following the hearing under 18 U.S.C. § 3142(f) on June 6, 2013, and considering the parties' proffer, the bail study, and the factors set forth in section 3142(g), the Court finds that the government has met its burden of proving by clear and convincing evidence that no condition or combination of conditions in section 3142(c) will reasonably assure the safety of any other person or the

DETENTION ORDER
No. CR 13-00362 PJH

cc: Copy to parties via ECF, 2 Certified copies to US Marshal
   Nichole

community. *See* 18 U.S.C. § 3142(e) and (f).

The Court therefore orders Derrek Harper detained. The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. *See* 18 U.S.C. § 3142(i)(2). The defendant must be afforded a reasonable opportunity to consult privately with counsel. *See id.* § 3142(i)(3). On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility must deliver the defendant to the United States Marshal for a court appearance. *See id.* § 3142(i)(4).

DATED: June 10, 2013

_____/s/_____
KEVIN J. LIN
Special Assistant United States Attorney

IT IS SO ORDERED

DATED: June 10, 2013

_____
DONNA M. RYU
United States Magistrate Judge

DETENTION ORDER
No. CR 13-00362 PJH

cc: Copy to parties via ECF, 2 Certified copies to US Marshal
    Nichole